UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 12 2017
Jan 12 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Chief Judge Castillo |
| CASES LISTED IN ATTACHMENT A ) | |

## Motion to Dismiss Complaints

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the complaints identified in Attachment A. The defendants in the cases listed in Attachment A were subsequently indicted in the Northern District of Illinois in cases with a different case number. As such, the complaints listed in Attachment A should be dismissed.

WHEREFORE, the United States respectfully requests that the Court enter one or more minute orders dismissing the complaints identified in Attachment A.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Brian Hayes
BRIAN HAYES
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4307

## ATTACHMENT A

| Complaint No. | Defendant name |
|---|---|
| 99 CR 508 | Solomon Evans |
| 99 CR 510 | Alex Kinsey |
| 00 CR 633 | Erica Howard, et al. |
| 01 CR 317 | Christopher R Andersen |
| 04 CR 541 | Agnieszka D Gierula |
| 05 CR 59 | John Cannatello |
| 05 CR 413 | Johnny Vasquez-Alvarez |
| 06 CR 68 | Theodore Jovan Dear |
| 08 CR 209 | Marlin Martinez |
| 08 CR 384 | Ahmad Ali Ahmad |
| 08 CR 414 | Nader Zeidan |
| 10 CR 609 | Carlos M Mariano |
| 92 CR78 | Jason Cohn |
| 94 CR 630 | Alexander Nikolic |
| 96 CR 351 | Josef L Botters |
| 97 CR 199 | Anthony Cole |
| 99 CR 872 | John Conti, et al. |
| 00 CR 125 | Victor Wesley |
| 02 CR 809 | Weiner Bayle |
| 01 CR 545 | William J. Jones |
| 02 CR 183 | Juan Medina |
| 02 CR 537 | Jason Holman |
| 05 CR 494 | Sandra Stewart |
| 07 CR 341 | Elias Munoz |
| 14 CR 314 | Jonathan Williams |
| 15 CR 753 | Davonyay Pratt |
| 00 CR 202 | Thomas P. Carroll |
| 00 CR 975 | Hector Pinto |
| 01 CR 584 | Nigel Gonsalves |
| 03 CR 241 | Tony L Warren |
| 03 CR 1181 | Hilario Santos |
| 04 CR 715 | Luis Vazquez, Jr., et al. |
| 04 CR 720 | Edgar Martinez |
| 05 CR 192 | Jose Nevarez |
| 05 CR 598 | Saeid Shahsavarani |
| 07 CR 650 | Carmen Lara |
| 10 CR 414 | Tomasz J Koziol, et al. |
| 95 CR 520 | Archie West, Jr |
| 95 CR 687 | James Cross |

| | |
|---|---|
| 99 CR 76 | Franscisco Perez |
| 01 CR 174 | Antonio Cruz-Moran |
| 02 CR 352 | Johnny Fort |
| 03 CR 256 | Herminio Munoz |
| 03 CR 1070 | Kenyatta Gray, et al. |
| 04 CR 593 | Hiram Franklin |
| 05 CR 982 | George Zito |
| 08 CR 240 | Miguel Ocon |
| 11 CR 763 | Sheldon Morales, et al. |
| 12 CR 709 | Alan Cisneros, et al. |
| 04 CR 533 | Magdalena Jelic |
| 05 CR 425 | Joann Burroughs |
| 13 CR 325 | Yueh-Hsun Tsai |
| 01 CR 1113 | Mario Fernando Rivera-Galvez, et al. |
| 02 CR 375 | Salim Iqbal |
| 05 CR 517 | Joseph Cortez |
| 07 CR 282 | Guadalupe Contreras-Barrera |
| 07 CR 823 | Antonio Vasquez, et al. |
| 08 CR 674 | Tyrone Smith |
| 09 CR 394 | Raul Palacios |
| 09 CR 395 | Saul Martinez |
| 09 CR 397 | Miguel Colon |
| 09 CR 398 | Rigoberto Molina |
| 09 CR 401 | Enrique Sanchez, et al. |
| 09 CR 849 | Tahawwur Hussain Rana |
| 10 CR 16 | Rodney O. Carter |
| 05 CR 322 | Juan Horacio Gonzalez Hernandez |
| 03 CR 167 | Marzena Gabiga |